1040

[No. 2263-3. Division Three. January 9, 1979.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM
JEWEL SULLIVAN, *Appellant*.

Appeal from a judgment of the Superior Court for
Yakima County, No. 20473, Bruce P. Hanson, J., entered
January 25, 1977. *Affirmed* by unpublished opinion per
Munson, J., concurred in by Green, C.J., and McInturff, J.

[No. 2941-2. Division Two. January 10, 1979.]

THE STATE OF WASHINGTON, *Respondent*, v. ELGIN
ARTHUR SHARPE, *Appellant*.

Appeal from a judgment of the Superior Court for
Thurston County, No. C–5839, Hewitt A. Henry, J., entered
May 27, 1977. *Affirmed* by unpublished opinion per Petrie,
J., concurred in by Reed, A.C.J., and Soule, J.

[No. 3029-2. Division Two. January 10, 1979.]

RAMONA BOUGH, *Appellant*, v. CHERYL F. SCHALKA,
ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Pacific
County, No. 18702, Herbert E. Wieland, J., entered July 12,
1977. *Affirmed* by unpublished opinion per Johnson, J. Pro
Tem., concurred in by Reed, A.C.J., and Soule, J.

[No. 3171-2. Division Two. January 11, 1979.]

THE STATE OF WASHINGTON, *Respondent*, v. LEE
JEFFERSON ADAMS, JR., *Appellant*.

Appeal from a judgment of the Superior Court for
Skamania County, No. 1033, Ted Kolbaba, J., entered
October 21, 1977. *Affirmed* by unpublished opinion per
Petrie, J., concurred in by Pearson, C.J., and Reed, J.